IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD H. AMERSON, | No. C 11-0158 WHA (PR) |
| Petitioner, | **ORDER DENYING MOTIONS FOR STAY AND FOR CERTIFICATE OF APPEALABILITY** |
| v. | |
| RANDY GROUNDS, Warden, | |
| Respondent. | (Docket Nos. 6 & 7) |

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. The petition was dismissed for failure to state a cognizable claim in light of the United States Supreme Court's decision in *Swarthout v Cooke*, 131 S.Ct. 859, 863 (2011). Petitioner has filed a motion for a stay pending the "appeal" of *Swarthout*. The motion is denied because there is no "appeal" from a decision by the United States Supreme Court. Petitioner has also filed a motion for a certificate of appealability. Petitioner has failed to make a substantial showing that reasonable jurists would find it debatable whether the district court was correct in denying the claims in the petition. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.

This order terminates docket numbers 6 & 7.

**IT IS SO ORDERED.**

Dated: July  13 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\AMERSON0158.COA.wpd