**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD H. AMERSON, | No. C 11-0158 WHA (PR) |
| Petitioner, | **ORDER VACATING PRIOR ORDER** |
| v. | |
| RANDY GROUNDS, Warden, | |
| Respondent. / | |

The order dated July 26, 2011, inadvertently filed herein, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August  15 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\AMERSON0158.VAC.wpd